PRIESTER *v.* BRAY.

ATKINSON, J.　Where in the certificate to a bill of exceptions the judge certifies that the bill of exceptions, "as modified by the note attached and made a part thereof, is true," and such note shows that the bill of exceptions is in large part not true, the writ of error must be dismissed. *Jarriel* v. *Jarriel*, 115 *Ga.* 23 (41 S. E. 262), and cases cited.

*Writ of error dismissed.　All the Justices concur.*

APRIL 11, 1912.

From Lowndes superior court.　Motion to dismiss.

*C. S. Morgan,* for plaintiff in error.

*Denmark & Griffin,* contra.